IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Therese Lindblom, Court Reporter | Date: February 8, 2008 |

Criminal Action No. 07–cr–00509–EWN

*Parties:*                                                                 *Counsel:*

UNITED STATES OF AMERICA,                      Joseph Mackey

     Plaintiff,

v.

1.  BLESILA TAGLE,                                          Robert Pepin

     Defendant.

---

# COURTROOM MINUTES

**Motion Hearing**

**3:39 p.m.**     Court in session.

Discussion regarding pending motions. Mr. Pepin states that circumstances have changed and that the defendant is no longer requesting permission to travel internationally, but to New York to assist her recuperating brother. The motion is unopposed.

**ORDERED: 1.     Defendant's oral motion to travel to New York is GRANTED; the defendant may travel to New York on February 15, 2008.**

Mr. Pepin states that this matter will not go to trial and requests that the change of plea date be moved to February 29, 2008..

**ORDERED: 2.     Defendant's Unopposed Motion to Return Passport and to Allow International Travel and Unopposed Motion to Reschedule Change of**

**Plea Hearing (#13, filed January 29, 2008) is GRANTED in part and DENIED in part as moot.**

Court directs counsel to chambers to reset the change of plea hearing date.

**3:45 p.m.**     Court in recess.

Hearing concluded.

Total time: 00:06